# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00371-CV

**Round Rock Emergency Center, LLC;
Dr. Henry Higgins; and Dr. Nathaniel Greenwood, Appellants**

**v.**

**Dr. Rena Salyer, Appellee**

### FROM THE 480TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 17-0250-C425, THE HONORABLE SCOTT K. FIELD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to set aside the judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. App. P. 42.1(a)(2)(b). They further request that this Court assess all costs of appeal against the party who incurred them and to issue mandate contemporaneous with the Court's opinion and judgment. *See id.* R. 18.1(c).

Accordingly, we grant the parties' motion. We set aside the trial court's judgment without regard to the merits, remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement, and direct the Clerk of this Court that costs are to be assessed against the party who incurred same and to issue mandate concurrently with the Court's opinion and judgment.

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Vacated and Remanded on Joint Motion

Filed:   September 8, 2023